UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA )
)
v. ) Case No.: 0:00CR00242-001(JMR)
)
DARRYL COLBERT )

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: DARRYL COLBERT
Detained at (custodian): Minnesota Correctional Facility - St. Cloud

Detainee is: a.) ( X ) charged in this district by a Petition for Violation of Supervised Release upon an underlying conviction for Bank Fraud.

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on March 22, 2005 at 11:00 a.m. in the courtroom of the Honorable James M. Rosenbaum

Dated: March 3, 2005

JOSEPH T. WALBRAN, AUSA

**WRIT OF HABEAS CORPUS**

(X )Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 4, 2005
Date

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | OID 196319 | DOB: | XX/XX/1962 |
| Facility Address: | 2305 Minnesota Blvd. SE St. Cloud, MN 56304 | Race: | African-American |
| | | FBI #: | |
| Facility Phone: | 320-240-3000 | | |
| Currently Incarcerated For: | Murder Fisrt Degree | | |

SCANNED
MAR 07 2005
U.S. DISTRICT COURT ST. PAUL

FILED MAR 04 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RETURN OF SERVICE

Executed on ______ by ______
(Signature)

writ issued
3 cd'd to USM 3/7/05.