IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL AND FINAL REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Darryl Colbert,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 00-242 JMR/FLN
Date: March 23, 2005
Court Reporter: Dawn Hansen
Time Commenced: 1:40 p.m.
Time Concluded: 2:00 p.m.
Time in Court: 0 Hours & 20 Minutes

## APPEARANCES:

Plaintiff: Joe Walbran, Assistant U.S. Attorney
Defendant: Dan Scott : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. : Appointment of Counsel requested.
: Request granted. 9 Request denied.
: **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
: Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
: Defendant is sentenced to: 36 months to run consecutively with defendant's state sentence.
: Written order to be issued.

s/Heather Labat
Calendar Clerk