AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

USA

Darryl Colbert

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR00-242JMR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James M. Rosenbaum | Joseph T. Walbran | Dan Scott |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Hennepin County Document |
| | | | | | & MN Department of |
| | | | | | Corrections |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.