GOVERNMENT EXHIBIT
1
Cr.00-242(JR)

W-196319

STATE OF MINNESOTA
HENNEPIN COUNTY

DISTRICT COURT
FOURTH JUDICIAL DISTRICT

Copy of Minutes of Conviction and Sentence
**WARRANT OF COMMIT**

State of Minnesota
VS.

00 cr 242 JMR

**DARRYL (NMN) COLBERT** **No.04007820**
D.O.B. 8-31-62 SIP #: 00020270

At a General Term of said Court, the County Attorney on the 19 day of **MARCH, 2004** presented to said Court, a Complaint against **DARRYL (NMN) COLBERT** charging defendant with the crime of **CT.1 - 1ST DEG MURDER, CT.2 - 2ND DEG MURDER**

That the said defendant on the 3 of **FEBRUARY , 2005** being before the Court, was arraigned, and pleaded **FOUND GUILTY BY JURY.**
**ORIGINAL TRIAL BEGAN ON 10-25-04 *(MISTRIAL DECLARED ON 11-20-04)**

---

Whereupon, on the 3 day of **FEBRUARY, 2005,** said defendant being before the court, in accordance with said plea/verdict, did adjudge defendant guilty of said crime.

Counsel for State ELIZABETH CUTTER Counsel for Defendant JOHN RYAN III
Court Clerk MATT CLEMENTSON Court Reporter JIM REIER

That thereafter on the 3, day of **FEBRUARY, 2005,** said defendant being before the Honorable **ROBERT LYNN**, City of Minneapolis, Hennepin County, MN, in accordance with said plea/verdict, adjudged said defendant guilty of said crime(s) as follows:
**IT IS CONSIDERED AND ADJUDGED** that you, **DARRYL (NMN) COLBERT**, as punishment for the crime of **CT.1 - 1ST DEG MURDER, CT.2 MERGED WITH COUNT 1**

of which you have been convicted in this cause, be confined to the Commissioner of Corrections in Minnesota, for a term of **LIFE** or until you shall have been thence discharged by due course of law or by competent authority.
**JAIL CREDIT IS 397 DAYS.**

Now therefore, the said Sheriff is hereby commanded to convey and deliver said defendant, into the custody of the Superintendent or Commissioner in accordance with the aforestated adjudication, and you, are hereby commanded to receive the defendant into your custody and safe keeping until he/she shall have been discharged by due course of law, or by competent authority.

Witness the Honorable **Lucy A. Wieland**, Judge of said District Court, and the Seal of Said Court, at the City of Minneapolis, in said County and State,

RECEIVED
Records Office
FEB - 9 2005
Minnesota Correctional Facility - St. Cloud

This 3, day of FEBRUARY, 2005.
**MARK S. THOMPSON**, Court Administrator

By JODI LORGE, Clerk of Court

Jodi Lorge

SCANNED
MAR 2 3 2005
U.S. DISTRICT COURT MPLS

# Minnesota Department of Corrections
# Sentence Detail

**OID** 196319 **Name** COLBERT, DARRYL

| | | | |
|---|---|---|---|
| **Sentence Number** | 3 | | |
| **Governing Sentence** | Yes | | |
| **Sentence Type** | Active Minnesota Guidelines Life Adult | | |
| **Total YY/MM/DD** | 99/0/0 | **Facility Authority** | St. Cloud |
| **Probation Revocation** | No | **Sentence County** | HENNEPIN |
| **EJJ Violation** | No | **Orig Control Agency OCA** | 03339262 |
| **Date Created** | 02/16/2005 | **Controlling Agency CAG** | MN0271100 |
| **Admit Date** | 02/09/2005 | **Court File Number** | 04007820 |
| **Offense Date** | 12/26/2003 | **Supreme Court Number** | |
| **Sentence Start Date** | 02/03/2005 | **Judges Name** | Lynn, Robert |
| **Release Type** | Supervised Release Date | **Commitment Name** | COLBERT, DARRYL |
| **Release Date** | 01/01/2034 | **Offense Level** | Felony |
| **Actual Release Date** | 01/01/2034 | **Severity Level** | |
| **Expiration Type** | Expiration Date | **Criminal History** | |
| **Expiration Date** | 02/02/2104 | **Plea Type** | |
| **Conditional Release** | | **Sentence Departure** | |
| **Conditional Release Date** | | | |
| **Release Violator Type** | | | |
| **Commit Type** | New Commit | | |

**Life**

| | |
|---|---|
| **Mandatory YY/MM/DD** | 30/0/0 |
| **Mandatory Review Date** | |
| **Initial** | 01/01/2031 |
| **Next** | 01/01/2034 |
| **Parole Elig Date** | |
| **Initial** | |
| **Next** | |

**Comments**

Count 2 was merged with Count 1. Sentence entered by bp.

**Offenses**

**Code** H1013 MUR 1-UNK ACT-PREMEDITAT-FIREARM-ADLT-STR

**Modifier** NOT/APPL **Statute** 609 185 a 1 **Counts** 1

**Characteristics**

**Adjustments**

| Adjustment | Type | Days | Start | End |
|---|---|---|---|---|
| Credit | Jail Credit | 397 | | |

# Minnesota Department of Corrections
## Sentence Detail

**OID** 196319 **Name** COLBERT, DARRYL

| Order Sent # | Start | Release | EXP | CRD |
|---|---|---|---|---|
| 1 | 03/10/1998 | 10/16/1998 | 03/08/1999 | |
| 2 | 03/10/1998 | 04/16/1999 | 11/16/1999 | |
| 3 | 02/03/2005 | 01/01/2034 | 02/02/2104 | |