UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-242 JMR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR APPOINTMENT OF COUNSEL |
| | ) | |
| DARRYL COLBERT, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: March 21, 2005

Honorable James M. Rosenbaum
United States District Court Judge

SCANNED
MAR 25 2005
U.S. DISTRICT COURT MPLS