AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-242(1)(JMR)**

Darryl Colbert

0441-0123-0365-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Darryl Colbert
310 Birmingham Street, #4
St. Paul, MN 55106

and bring him or her forthwith to the nearest Magistrate Judge to answer an order of court charging him or her with:

Violation of Supervised Release; Deft is charged in Hennepin County with Murder in the Second Degree

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

Betty L. Williams

(By) Betty L. Williams, Deputy Clerk

January 23, 2004 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 3-21-05
ARRESTED BY WHCAP - St. Cloud
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
MAR 29 2005
U.S. DISTRICT COURT MPLS

DC Modified 12/17/02